# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No.: 3:03CV571

| | |
|---|---|
| SADIE AUTRY JONES, | ) |
| Plaintiff, | ) |
| v. | ) **O R D E R** |
| VANGUARD GROUP, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. Because this case was reassigned to the undersigned, the trial date must be moved to this Court's scheduled terms of court.

**IT IS, THEREFORE, RED THAT** this case is set for trial on the **February 20, 2006** term of court.

**Signed: July 8, 2005**

David C. Keesler
United States Magistrate Judge